[Cite as *U.S. Bank Natl. Assn. v. Smith*, 2024-Ohio-546.]

# IN THE COURT OF APPEALS OF OHIO

## SEVENTH APPELLATE DISTRICT
## MAHONING COUNTY

### U.S. BANK NATIONAL ASSOCIATION,

Plaintiff-Appellee,

v.

### RONALD J. SMITH ET AL.,

Defendants-Appellants.

---

**OPINION AND JUDGMENT ENTRY**
Case No. 22 MA 0111

---

Motion to Certify a Conflict

**BEFORE:**
William A. Klatt, Retired Judge of the Tenth District Court of Appeals,
Sitting by Assignment,
Cheryl L. Waite, Carol Ann Robb, Judges.

---

**JUDGMENT:**
Overruled.

---

*Atty. David A. Wallace* and *Atty. Karen M. Cadieux,* Carpenter Lipps & Leland LLP, for Plaintiff-Appellee U.S. Bank National Association as Trustee (No Response Filed) and

Ronald J. Smith and Nancy L. Smith, Defendants-Appellants.

Dated: February 13, 2024

**PER CURIAM.**

{¶1} This matter is before us on the Motion to Certify Conflicts with Other Appellate Districts pursuant to App.R. 25 filed by Appellants, Ronald J. Smith and Nancy L. Smith on January 4, 2024, acting pro se. The motion constitutes Appellants' second motion to certify conflict and ninth post-judgment motion/application.

{¶2} In the roughly six months following the issuance of our merits decision on June 12, 2023, Appellants have filed an application for reconsideration of the merits decision and a motion to certify conflict (June 21, 2023); an application for rehearing en banc, a second application to reconsider the original application for reconsideration of the merits decision, and an application to reconsider our decision on the motion to certify conflict (September 29, 2023); an application to reconsider the three applications filed on September 29, 2023 (December 20, 2023); and the pending second motion to certify conflict.

{¶3} As Appellants have previously exhausted their rights under App.R. 25 and 26, Appellants' second motion to certify conflict is overruled. Further, Appellants are cautioned any additional filing(s) seeking review of our June 12, 2023 opinion by way of App.R. 25 and 26 may result in the imposition of sanctions.

**JUDGE WILLIAM A. KLATT,
RETIRED, SITTING BY ASSIGNMENT**

**JUDGE CHERYL L. WAITE**

**JUDGE CAROL ANN ROBB**

<u>**NOTICE TO COUNSEL**</u>

**This document constitutes a final judgment entry.**

Case No. 22 MA 0111